IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALMA CLARISA HERNANDEZ,

    Plaintiff,

  v.

RONALD W. FONTAINE and LINDA K. FONTAINE, TRUSTEES OF THE RONALD W. FONTAINE AND LINDA K. FONTAINE 2000 INTER VIVOS TRUST, JOHN ZAMORA d/b/a ZAMORA OMELETTE HOUSE,

    Defendants.
                                        /

No. C 12-05136 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **GRANTS** a continuance of the case management conference to **APRIL 4, 2013, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

    **IT IS SO ORDERED.**

Dated: February 28, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE