1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9

10    ALMA CLARISSA HERNANDEZ,

11            Plaintiff,                          No. C 12-05136 WHA

12       v.

13    RONALD W. FONTAINE, et al.,           **ORDER CONTINUING CASE
                                            MANAGEMENT CONFERENCE**
14            Defendants.

15    _____/

16        The case management conference is **CONTINUED** to **APRIL 18, 2013, AT 11:00 A.M.**

17

18        **IT IS SO ORDERED.**

19

20    Dated:  March 25, 2013.

21                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

*United States District Court*
For the Northern District of California