IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALMA CLARISSA HERNANDEZ,

    Plaintiff,

  v.

RONALD W. FONTAINE, et al.,

    Defendants.

                                  /

No. C 12-05136 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference is **CONTINUED** to **APRIL 18, 2013, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: March 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE